WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal St
Chicago, IL 60606-5707
Telephone: (312) 407-0700

MICHAEL W. McTIGUE JR. (Of Counsel)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (Of Counsel)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

Attorneys for Defendant
TransUnion LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN BINGHAM, individually and on behalf of all similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSUNION LLC, <br><br> Defendant. | CASE NO.: 3:25-cv-08267-LJC <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PURSUANT TO CIVIL L.R. 6-2** <br><br> Judge: Hon. Lisa J. Cisneros <br><br> Complaint filed on September 29, 2025 |

Pursuant to Civil Local Rule 6-2, Plaintiff Brian Bingham ("Plaintiff") and Defendant TransUnion LLC ("TransUnion") hereby stipulate as follows:

WHEREAS, Plaintiff filed a class action complaint ("Complaint") against TransUnion on September 29, 2025.

WHEREAS, TransUnion executed a waiver of the service of summons on September 29, 2025, and TransUnion's deadline to respond to the Complaint is November 28, 2025.

WHEREAS, the Initial Case Management Conference was set for January 8, 2026, with the Joint Case Management Statement due January 1, 2026, and ADR Certification due December 18, 2025.

WHEREAS, on October 3, 2025, TransUnion filed a Motion for Transfer and Centralization (the "Motion for Transfer") with the United States Judicial Panel on Multidistrict Litigation ("JPML"), seeking transfer and consolidation of multiple actions, including this one, to the Northern District of Illinois for consolidated pretrial proceedings, *see In re Trans Union, LLC Data Security Breach Litigation*, MDL No. 3170 (J.P.M.L), Dkt. No. 1.

WHEREAS, the responses to TransUnion's Motion for Transfer were filed on October 20, 2025. TransUnion's reply is due on October 27, 2025. TransUnion's Motion for Transfer is set to be heard during the JPML's December 4, 2025, hearing session. *In re Trans Union, LLC Data Sec. Breach Litig.*, MDL No. 3170 (J.P.M.L), Dkt. No. 3.

WHEREAS, the requested time modification in the Stipulation would not affect any other deadlines in this case.

WHEREAS, in light of the pending Motion for Transfer, the Parties have conferred and jointly agreed that there is good cause for the following extensions: (1) in the event the JPML denies the Motion for Transfer, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be 30 days after issuance of the JPML's decision; (2) in the event the JPML grants centralization, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be stayed pending further direction from the Multi-District Litigation ("MDL") Court; and (3) the Initial Case Management Conference and accompanying deadlines should be continued until a later date to be determined by the Court pending the JPML's decision.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. In the event the JPML denies the Motion for Transfer, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be 30 days after issuance of the JPML's decision;

2. In the event the JPML grants centralization, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be stayed pending further direction from the Multi-District Litigation ("MDL") Court; and

3. The Initial Case Management Conference and accompanying deadlines should be continued until a later date to be determined by the Court pending the JPML's decision.

4. This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties.

IT IS SO STIPULATED.

DATED: October 24, 2025         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                By:  /s/ *William E. Ridgway*
                                     William E. Ridgway
                                     Attorneys for Defendant TransUnion, LLC.

DATED: October 24, 2025         TYCKO & ZAVAREEI LLP

                                By:  /s/ *Sabita J. Soneji*
                                     Sabita J. Soneji
                                     Attorneys for Plaintiff Brian Bingham

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2025

_____
Hon. Lisa J. Cisneros
Magistrate Judge